UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                          )
THE ALPHAS COMPANY, INC.,                 )
                                          )
            Petitioner-Appellant,         )
                                          )   Civil Action No. 10-10831-PBS
     v.                                   )
                                          )
DAN TUDOR & SONS SALES, INC.,             )
                                          )
            Complainant-Appellee.         )
                                          )
```

**REPORT AND RECOMMENDATION ON DAN TUDOR
& SONS SALES, INC.'S REQUEST FOR ATTORNEYS' FEES**

June 8, 2011

Boal, M.J.

On May 14, 2010, the Alphas Company, Inc. ("Alphas") filed a Petition and Notice to Appeal an Administrative Decision and Order (Docket No. 1) (the "Petition"), seeking appellate review of a Reparation Order issued against it and in favor of Dan Tudor & Sons Sales, Inc. ("Tudor") by the Secretary of Agriculture, U.S. Department of Agriculture, PACA Division ("USDA"), pursuant to 7 U.S.C. § 499g. On January 31, 2011, the District Court adopted this Court's report and recommendation that the Petition be dismissed with prejudice and remanded the matter to this Court for a report and recommendation on Tudor's request for attorneys' fees. For the following reasons, this Court recommends to the District Judge to whom this case is assigned that Tudor's request for attorneys' fees be ALLOWED and that the District Court award Tudor reasonable attorneys' fees in the amount of $4,808.50.

*[Handwritten margin annotations: "Paras & Sun", "Paras Sun attorneys", "I award reasonable attorneys fees in the amount of $4,808.50", "8/1/2011"]*

-1-