UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
THE ALPHAS COMPANY, INC.,           )
                                     )
         Petitioner-Appellant,       )
                                     )   Civil Action No. 10-10831-PBS
v.                                   )
                                     )
DAN TUDOR & SONS SALES, INC.,        )
                                     )
         Complainant-Appellee.       )
                                     )

**REPORT AND RECOMMENDATION ON THE ALPHAS COMPANY, INC.'S MOTION FOR A STAY OF JUDGMENT PENDING APPEAL**

June 8, 2011

Boal, M.J.

On May 14, 2010, the Alphas Company, Inc. ("Alphas") filed a Petition and Notice to Appeal an Administrative Decision and Order (Docket No. 1) (the "Petition"), seeking appellate review of a Reparation Order issued against it and in favor of Dan Tudor & Sons Sales, Inc. ("Tudor") by the Secretary of Agriculture, U.S. Department of Agriculture, PACA Division ("USDA"), pursuant to 7 U.S.C. § 499g. On January 31, 2011, the District Court adopted this Court's report and recommendation that the Petition be dismissed with prejudice and ordered the case dismissed. Alphas now moves for a stay of judgment in this matter pending Alphas' appeal of the dismissal to the Court of Appeals for the First Circuit. For the following reasons, this Court recommends to the District Judge to whom this case is assigned that Alphas' motion for a stay be denied unless, within 14 days after the District Court's order, Alphas files a supersedeas bond in accordance with Fed. R. Civ. P. 62(d) and L.R. 62.2.

[Handwritten margin note: I adopt the report and recommendation and deny the stay unless supersedeas bond is filed in 60 days. /s/ Saris]