UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
THE ALPHAS COMPANY, INC., )
)
    Petitioner-Appellant, )
)
v. ) Civil Action No. 10-10831-PBS
)
DAN TUDOR & SONS SALES, INC., )
)
    Complainant-Appellee. )
)

## REPORT AND RECOMMENDATION ON DAN TUDOR & SONS SALES, INC.'S MOTION TO ENFORCE LIABILITY ON SUPERSEDEAS BOND

May 16, 2013

Boal, M.J.

On January 31, 2011, the District Court granted Dan Tudor & Sons Sales, Inc.'s ("Tudor") motion to dismiss on the grounds that Alphas Company, Inc.'s ("Alphas") failure to file the required bond rendered its appeal to the District Court ineffective. Docket No. 17. The U.S. Court of Appeals for the First Circuit affirmed and a mandate issued on July 6, 2012. Docket Nos. 35, 37. On September 24, 2012, Tudor, as the prevailing party, moved to enforce liability against a supersedeas bond filed by Alphas in the District Court. Docket No. 42. For the following reasons, this Court recommends to the District Judge to whom this case is assigned that she grant the motion and allow Tudor to collect its judgment from the bond, but only 90 days after entry of judgment and the failure of Alphas to pay during that time period.

I.     FACTUAL AND PROCEDURAL BACKGROUND

    A.     Administrative Proceedings

On November 4, 2009, a Reparation Order was issued against Alphas and in favor of

-1-

*[Handwritten margin notes: "5/31/13 I adopt two recommendation Paul Barr"]*